| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | Misc. Docket AG No. 29, |
| EPHRAIM CHUKWUEMEKA UGWUONYE | * | September Term, 2019 |

## ORDER

UPON CONSIDERATION of a certified copy of the Opinion and Order of the District of Columbia Court of Appeals dated May 2, 2019, wherein the Respondent, Ephraim Chukwuemeka Ugwuonye, was disbarred from the practice of law for violating the District of Columbia Rules of Professional Conduct, the Petition for Disciplinary or Remedial Action, filed pursuant to Maryland Rule 19-737; and any Responses to this Court's Show Cause Order dated October 16, 2019, it is this 19th day of December, 2019,

ORDERED, by the Court of Appeals of Maryland, that the Respondent Ephraim Chukwuemeka Ugwuonye, be, and hereby is disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Ephraim Chukwuemeka Ugwuonye from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk